Law Office of Patrick Flanigan                                          Attorney for Plaintiff
By:  Patrick Flanigan, PA Attorney No.: 92794
P.O. Box 42, Swarthmore, PA  19081-0042
Tel: (484) 904-7795  Email:  Pat@lawofficepf.com

## UNITED STATES FEDERAL DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON BRET PADGETT, : | |
|     Plaintiff, : | Civil Case No.: |
| : | |
| v. : | |
| : | |
| THOMAS J. VILSACK; in the official capacity as : | |
| Secretary of the United States Department of Agriculture : | |
|    and : | |
| ANIMAL AND PLANT HEALTH INSPECTION SERVICE, : | |
|     Defendants. : | |

## COMPLAINT

The Plaintiff is Mr. Vernon Bret Padgett and through the undersigned attorney the Plaintiff files this complaint seeking relief from execution of #22 *Abyssinian ground hornbills (Bucorvus abyssinicus)*; Multiple genders (mixed); Permit # 661-24-208-02409; Country of Origin: DR Congo.

**I.    PARTIES**

1.     Plaintiff is Vernon Bret Padgett with an office located in Sandy Springs, Georgia. Mr. Padgett is a small business that imports birds for zoological and conservation purposes.

2.     Defendant Thomas J. Vilsack, in the official capacity as the Secretary of the United States Department of Agriculture is the federal official responsible for the operations of the U.S. Animal and Plant Health Inspection Service.  Secretary Vilsack is being sued in the capacity as the chief officer of the department charged with overseeing the proper administration and implementation of the Administrative Procedures Act (APA).

3. Defendant Animal and Plant Health Inspection Service (APHIS) is the federal agency within the United States Department of Agriculture with responsibility for implementing regulations in compliance with the APA.  Secretary Vilsack has delegated responsibility to the APHIS to ensure compliance with the APA.

**II.     STATUTES, JURISDICTION AND VENUE**

4. This action arises under the APA, 5 U.S.C. §§ 701-706.

5. This Court has general jurisdiction under 28 U.S.C. § 1331 (Federal Question) and 28 U.S.C. § 1346 (United States as Defendant).

6. This Court has specific jurisdiction over this action under the APA, which provides in part, that "the reviewing court shall decide all relevant questions of law, interpret constitutional and statutory provisions, and determine the meaning of applicability of the terms of an agency action."  5 U.S.C. §§ 702, 706.

7. The APA provides that a "person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of the relevant statute, is entitled to judicial relief thereof."  5 U.S.C. § 702.

8. Plaintiff seeks relief from APHIS's action under 5 U.S.C. §§ 705 and 706 because an actual and justiciable controversy exists among Plaintiff and the Defendants.

9. Venue of this Court is proper in the District of Columbia under 28 U.S.C. § 1391(e)(1) because the Secretary of Agriculture is an officer of the United States, and the APHIS primarily operates from this venue.

10. Mr. Padgett's attorney fees and costs are sought under 28 U.S.C. §§ 1920, 2412.

11. Service of process will be completed pursuant to Fed. R. Civ. P. 4(i)(1) and (2).

**III.     FACTUAL BACKGROUND**

12.     On August 1, 2014, the APHIS test sampled #22 birds ("Hornbills") that arrived at "JFK International Airport in New York on July 31, 2024." (Exhibit 1).

13.     Not until August 14, 2024, did the APHIS inform Mr. Padgett that the #22 Hornbills were denied entry into the United States under "Title 9 Code of Federal Regulations, Part 93.106." (Exhibit 1).

14.     Only on August 14, 2024, was Mr. Padgett notified that he had "**10 days** (until August 24, 2024) to either:" (i) export the birds out of the United States or (ii) the "birds [will be] humanely euthanized." (Exhibit 1, boldness added).

   A.  <u>Basis of the Dispute between Mr. Padgett and APHIS</u>.

15.     APHIS plans to kill the #22 Hornbills under federal agency regulation Title 9 Code of Federal Regulations, Part 93.106. (Exhibit 1).

16.     Mr. Padgett believes that 9 CFR 93.106(a) applies in this case.

17.     Defendants believe that 9 CFR 93.106(c) applies in this case.

**V.     LEGAL ARGUMENT**

9 CFR 93.106(a) controls quarantine conditions in a USDA facility. Whereas 9 CFR 93.106(c) controls quarantine conditions in a private facility. There is nothing ambiguous in this "either/or" conjunction. Either a facility is a U.S. government facility or a private facility. *Chevron U. S. A. Inc.* v. *Natural Resources Defense Council, Inc.*, 467 U. S. 837 (1984) (if the regulatory "intent is 'clear,' that is the end of the inquiry.") Recently the Supreme Court of the United States in *Loper Bright Enterprises* re-emphasized that "a reviewing court was to 'employ[] traditional tools of statutory construction.'" *Loper Bright Enterprises v. Raimondo*, 603 U.S. 20 (2024) (citing *Chevron* at 843, n. 9.)  It is undisputed that the #22 Hornbills are

quarantined in a USDA/APHIS facility. Yet the Defendants are exterminating the #22 Hornbills under the terms of a private facility regulated by 9 CFR 93.106(c). This is the basis of this complaint and the motion for an emergency preliminary injunction that is attached to this complaint.

## VI.     ALLEGATIONS OF MR. PADGETT AGAINST ALL DEFENDANTS

### COUNT I

<u>Defendants Acted Contrary to Constitutional Rights and Privileges, 5 U.S.C. § 706(2)(B)</u>.

18.    Plaintiff fully incorporates all that is set forth above as if set forth herein.

19.    Due process is a constitutional right and privilege. Const., Amend. V.

20.    Defendants will violate Plaintiff's substantive due process right and privilege by exterminating #22 Hornbills.

**WHEREFORE**, Plaintiff seeks the remedies set forth in the Prayer for Relief and further relief as the Court deems equitable, just and proper under the circumstances.

### COUNT II

<u>Defendants Acted Arbitrarily, Capriciously, Abused Discretion, and Not in Accordance with Statutory nor Regulatory Law, 5 U.S.C. § 706(2)(A)</u>.

21.    Plaintiff fully incorporates all that is set forth above as if set forth herein.

22.    Defendants position has a matter of law is arbitrary, capricious, an abuse of discretion, and not in accordance with established law.

**WHEREFORE**, Plaintiff seeks the remedies set forth in the Prayer for Relief and further relief as the Court deems equitable, just and proper under the circumstances.

### COUNT III

<u>Defendants Acted in Excess of Statutory Jurisdiction, Authority, or Limitations, 5 U.S.C. § 706(2)(C)</u>.

23.    Plaintiff fully incorporates all that is set forth above as if set forth herein.

24. Defendants' extermination of #22 Hornbills under the facts and law of this case exceed their jurisdiction and authority and are beyond their delegated limitations as a federal agency.

**WHEREFORE**, Plaintiff seeks the remedies set forth in the Prayer for Relief and further relief as the Court deems equitable, just and proper under the circumstances.

## COUNT IV

Defendants Acted Unsupported By Substantial Evidence, 5 U.S.C. § 706(2)(E).

25. Plaintiff fully incorporates all that is set forth above as if set forth herein.

26. Defendants' acts are unsupported by any substantial evidence.

**WHEREFORE**, Plaintiff seeks the remedies set forth in the Prayer for Relief and further relief as the Court deems equitable, just and proper under the circumstances.

## PRAYER FOR RELIEF

**WHEREFORE**, Mr. Padgett respectfully requests that this Honorable Court enter the following relief:

1. Grant the attached motion for an emergency preliminary injunction to stay the extermination of #22 Hornbills pending a full hearing and briefing on the disputed regulatory language.

2. An order awarding Plaintiff attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 et seq.

3. An Order granting further relief as the Court deems equitable, just and proper under the circumstances.

Attorney for Plaintiff Mr. Vernon Bret Padgett

By: /s/Patrick Flanigan   *Patrick Flanigan*   Date:  August 21, 2024.
PA Bar No.: 92794
P.O. Box 42, Swarthmore, PA  19081-0042
Tel: (484) 904-7795  Email:  Pat@lawofficepf.com